

**CONSUMER**

**J U S T I C E**

LAW FIRM

**March 2, 2026**

**VIA ECF**
Magistrate Judge Peggy Cross-Goldenberg
United States District Court
Eastern District of New York
225 Cadman Plaza
East Brooklyn, New York 11201

      Re:    *Christofidou, Christiana vs. Alterknit New York, Inc., et al*, Case No. 1:24-cv-03806-
              ENV-PCG, United States District Court, Eastern District of New York

Dear Magistrate Judge Peggy Cross-Goldenberg

Plaintiff submits this letter in advance of the Parties' March 3, 2026 Rule 16 Conference with sincere apology for the timing of this request.  At this time, Plaintiff's counsel has had to unexpectedly travel out of state due to a family emergency and is unable to attend the conference in person. Accordingly, Plaintiff writes to request the option to appear for the aforementioned Conference telephonically or virtually in the above-referenced matter.

Plaintiff has conferred with Defendant and Plaintiff's request for a virtual conference is opposed by Defendant, Miriam Mades, as she intends to appear in person. As such, Plaintiff respectfully requests that if the Court does not allow for the initial conference be held virtually, that Plaintiff's counsel be granted the ability to attend virtually or telephonically, or in the alternative, to adjourn the conference for a later date so that Plaintiff's counsel may appear in person.

We sincerely thank Your Honor for her time and consideration.

1



*/s/ Janelle Romero*
Janelle Romero, NY Bar No. 5750195
CONSUMER JUSTICE LAW FIRM
72-47 139th Street
Flushing, NY 11367
T: (718) 874-8247
F: (480) 613-7733
E: jromero@consumerjustice.com

