*** Filed ***
03:20 PM, 02 Mar, 2026
U.S.D.C., Eastern District of New York

March 2, 2029


Magistrate Judge Peggy Cross-Goldberg
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

**VIA ECF**
Re: Case No. 1:24-cv-03806- ENV-PCG

Dear Magistrate Judge Peggy Cross-Goldberg,

Defendant respectfully opposes Plaintiffs' request to convert the Court's in-person scheduling conference to a virtual appearance.

The Court ordered the conference to be held in person. As a pro se litigant, Defendant arranged her schedule in reliance on that Order and is prepared to appear as directed. Because the conference was scheduled to be held in person, Defendant does not have access to a private, professional setting suitable for a video court appearance and would need to make prior arrangements in order to do so.

Defendant respectfully requests that the Court maintain the in-person conference as originally scheduled.


Respectfully submitted,


Miriam Mades
10 Halletts Point #307
Astoria, NY 11106
9175876700
tomiriam@mac.com